### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPARK THERAPEUTICS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>BLUEBIRD BIO, INC.,<br><br>    Defendant. | C.A. No. 1:21-cv-00705-LPS<br><br>**JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Susan A. Smith, Esquire, of Ballard Spahr LLP, 1909 K Street, NW, 12th Floor Washington, DC 20006-1157, to represent Plaintiff Spark Therapeutics, Inc. in this matter.

Dated: May 26, 2021

            */s/ Beth Moskow-Schnoll*
            Beth Moskow-Schnoll (No. 2900)
            BALLARD SPAHR LLP
            919 N. Market St, 11th Floor
            Wilmington, DE 19801-3034
            Tel.: 302-252-4447
            Email: moskowb@ballardspahr.com

            *Attorney for Plaintiff Spark Therapeutics, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____

                       United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia, the State of Maryland, and the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Fund effective 7/29/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

Dated: May 26, 2021

/s/ Susan Smith

Susan A. Smith, Esquire
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
Tel.: 202.661.2247
Fax: 202.661.2299
Email: smiths@ballardspahr.com