IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPARK THERAPEUTICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 21-705-LPS |
| v. | ) |
| | ) |
| BLUEBIRD BIO, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as Delaware counsel for Defendant Bluebird Bio, Inc.

ASHBY & GEDDES

*/s/ John G. Day*

_____
John G. Day (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-188
jday@ashbygeddes.com
amayo@ashbygeddes.com

Dated:  June 3, 2021                              *Attorneys for Defendant*