## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SPARK THERAPEUTICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-705-LPS |
| | ) | |
| BLUEBIRD BIO, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval and order of the

Court, that the deadline by which Defendant must answer, move, or otherwise respond to the

complaint in the above action is extended by three weeks, through and including Friday July 2,

2021.

BALLARD SPAHR LLP                                ASHBY & GEDDES

*/s/ Beth Moskow-Schnoll*                         */s/ John G. Day*

Beth Moskow-Schnoll (#2900)                      John G. Day (#2403)
919 N. Market St., 11th Floor                    Andrew C. Mayo (#5207)
Wilmington, DE 19801-3034                        500 Delaware Ave., 8th Floor
(302) 252-4447                                   P.O. Box 1150
moskowb@ballardspahr.com                         Wilmington, DE 19899
                                                 (302) 654-1888
*Attorneys for Plaintiff*                        jday@ashbygeddes.com
                                                 amayo@ashbygeddes.com

                                                 *Attorneys for Defendant*


IT IS SO ORDERED this ____day of June, 2021.


_____
Chief Judge

{01695653;v1 }