# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPARK THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BLUEBIRD BIO, INC., <br><br> Defendant. | C.A. No. 21-705-LPS |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Maxwell C. Preston, Esquire, of Ballard Spahr LLP, 1675 Broadway, 19th Floor, New York, NY 10019-5820, to represent Plaintiff Spark Therapeutics, Inc. in this matter.

Dated: July 23, 2021

*/s/ Beth Moskow-Schnoll*
Beth Moskow-Schnoll (No. 2900)
BALLARD SPAHR LLP
919 N. Market St, 11th Floor
Wilmington, DE  19801-3034
Tel.: 302-252-4447
Email: moskowb@ballardspahr.com

*Attorney for Plaintiff Spark Therapeutics, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the State of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Fund effective 7/29/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

Dated: July 22, 2021

Maxwell C. Preston, Esquire
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, NY 10019-5820
Direct 646.346.8004
Fax 212.223.1942
prestonm@ballardspahr.com