IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPARK THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BLUEBIRD BIO, INC., <br><br> Defendant. | C.A. No. 21-705-LPS |

**STIPULATION AND [PROPOSED] ORDER**

IT IS STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, and subject to the approval of the Court, that Plaintiff's time to file its reply brief in support of its Motion for Preliminary Injunction is hereby extended by one week, from October 21, 2021 to October 28, 2021.

Dated: October 20, 2021

| | |
|---|---|
| */s/ Beth Moskow-Schnoll* <br> Beth Moskow-Schnoll (No. 2900) <br> BALLARD SPAHR LLP <br> 919 N. Market Street, 11th Floor <br> Wilmington, DE 19801-3034 <br> Telephone: 302-252-4447 <br> moskowb@ballardspahr.com <br><br> *Attorneys for Plaintiff Spark Therapeutics, Inc.* | */s/ John G. Day* <br> John G. Day (No. 2403) <br> ASHBY & GEDDES <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> (302) 654-1888 <br> jday@ashbygeddes.com <br><br> *Attorneys for Defendant bluebird bio, Inc.* |

**SO ORDERED** this ___ day of _____, 2021

_____
Honorable Leonard P. Stark
United States District Court Judge