IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPARK THERAPEUTICS, INC., | : |
| *Plaintiff*, | : |
| v. | : C.A. No. 21-705-WCB |
| BLUEBIRD BIO, INC., | : |
| *Defendant*. | : |

**PLAINTIFF'S MORE DEFINITE STATEMENT**

Pursuant to the Memorandum Order dated December 17, 2021 (D.I. 40) and the telephonic hearing on the same date, Plaintiff Spark Therapeutics, Inc. provides the following more definite statement of the trademarks and trade names Plaintiff is asserting in connection with its preliminary injunction motion:

| **Mark** | **Sources of Protection** | **Exemplary Citations to Opening Preliminary Injunction Brief** |
|---|---|---|
| SPARK | Federal registration and common law trademark and trade name, and 15 U.S.C. §§ 1114(1), 1125(a), and 6 Del C. § 3313 | PI opening brief (D.I. 19) at 1-2, 10, 14 & Ex. A |
| SPARK THERAPEUTICS | Common law trademark and trade name, and 15 U.S.C. § 1125(a) and 6 Del C. § 3313 | PI opening brief at 1-2 |
| Spark THERAPEUTICS (logo) | Common law trademark and trade name, and 15 U.S.C. § 1125(a) and 6 Del C. § 3313 | PI opening brief at Ex. A |

| **Mark** | **Sources of Protection** | **Exemplary Citations to Opening Preliminary Injunction Brief** |
|---|---|---|
| SPARKMEDICAL.COM | Federal registration and common law trademark, and 15 U.S.C. §§ 1114(1), 1125(a), and 6 Del C. § 3313 | PI opening brief at 1-2, 10, 14 & Ex. A |

All of the foregoing marks and names are being asserted in connection with plaintiff's trademark infringement claims under the Lanham Act, but only the Delaware common law trademark and trade name rights are being asserted in connection with plaintiff's Delaware dilution claim under the Delaware Trademark Act, except to the extent that federal registration is relevant to demonstrate distinctiveness of the mark, as required by the Delaware dilution statute.

Dated:   December 27, 2021

Respectfully submitted,

*/s/ Beth Moskow-Schnoll*
Beth Moskow-Schnoll (No. 2900)
BALLARD SPAHR LLP
919 N. Market St, 11th Floor
Wilmington, DE 19801-3034
Tel.: 302-252-4447
Email: moskowb@ballardspahr.com

Robert R. Baron, Jr. (admitted *pro hac vice*)
Thomas J. Gallagher (admitted *pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel.: 215-665-8500
Email: baron@ballardspahr.com
         gallaghert@ballardspahr.com

Susan A. Smith (admitted *pro hac vice*)
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
Tel.: 202-661-2247
Email: smiths@ballardspahr.com

2

                        Maxwell C. Preston (admitted *pro hac vice*)
                        BALLARD SPAHR LLP
                        1675 Broadway, 19th Floor
                        New York, NY 10019-5820
                        Tel.: 646-346-8004
                        Email: prestonm@ballardspahr.com

                        *Attorneys for Plaintiff Spark Therapeutics, Inc.*